B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Treasure Isles HC, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**30-0014416** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**407 North Broadway**<br>**Lexington, KY**<br>ZIP Code **40508-1301** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **Illinois and Kentucky** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Treasure Isles HC, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)     Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Treasure Isles HC, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ Laura Day DelCotto**
Signature of Attorney for Debtor(s)

**Laura Day DelCotto**
Printed Name of Attorney for Debtor(s)

**Wise DelCotto PLLC**
Firm Name

**200 North Upper Street**
**Lexington, KY 40507**


Address

**(859) 231-5800  Fax: (859) 281-1179**
Telephone Number

**February  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Frank D. Cain**
Signature of Authorized Individual

**Frank D. Cain**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February  1, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re   **Treasure Isles HC, Inc.**                                   Case No.
                                    Debtor(s)                          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **AMERICAN EXPRESS**<br>**PO BOX 650448**<br>**DALLAS, TX 75265-0448** | **AMERICAN EXPRESS**<br>**PO BOX 650448**<br>**DALLAS, TX 75265-0448** | **Used by Regional Mgrs for travel expense** | | **19,032.36** |
| **ANTHEM BLUE CROSS BLUE SHIELD**<br>**PO BOX 105124**<br>**ATLANTA, GA 30348-5124** | **ANTHEM BLUE CROSS BLUE SHIELD**<br>**PO BOX 105124**<br>**ATLANTA, GA 30348-5124** | **group health** | | **11,450.07** |
| **Hutchins, Michelle**<br>**230 N. Fayette**<br>**Carthage, IL 62321** | **Hutchins, Michelle**<br>**230 N. Fayette**<br>**Carthage, IL 62321** | **ESOP Note** | | **6,247.90**<br><br>**(0.00 secured)** |
| **American Funds fbo Mary A Hume**<br>**192 High St.**<br>**Versailles, KY 40383** | **American Funds fbo Mary A Hume**<br>**192 High St.**<br>**Versailles, KY 40383** | **ESOP Note** | | **5,311.48**<br><br>**(0.00 secured)** |
| **PRINCIPAL FINANCIAL GROUP**<br>**PO BOX 777**<br>**DES MOINES, IA 50303-0777** | **PRINCIPAL FINANCIAL GROUP**<br>**PO BOX 777**<br>**DES MOINES, IA 50303-0777** | **ESOP Administration** | | **5,008.11** |
| **EXEC-U-CARE**<br>**PO BOX 533204**<br>**ATLANTA, GA 30353-3204** | **EXEC-U-CARE**<br>**PO BOX 533204**<br>**ATLANTA, GA 30353-3204** | **health reimbursement plan** | | **4,548.50** |
| **AICCO, INC.**<br>**BOX 9045**<br>**NEW YORK, NY 10087-9045** | **AICCO, INC.**<br>**BOX 9045**<br>**NEW YORK, NY 10087-9045** | **Business Insurance** | | **3,761.36** |
| **DUANE MORRIS LLP**<br>**ATTN: PAYMENT PROCESSING**<br>**30 SOUTH 17TH STREET**<br>**PHILADELPHIA, PA 19103-4196** | **DUANE MORRIS LLP**<br>**ATTN: PAYMENT PROCESSING**<br>**30 SOUTH 17TH STREET**<br>**PHILADELPHIA, PA 19103-4196** | **trade debt** | | **2,840.50** |
| **Capital Bank & Trust fbo Pamela S Jerrel**<br>**602 Market St.**<br>**Mt. Carmel, IL 62863** | **Capital Bank & Trust fbo Pamela S Jerrel**<br>**602 Market St.**<br>**Mt. Carmel, IL 62863** | **ESOP Note** | | **2,521.39**<br><br>**(0.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re **Treasure Isles HC, Inc.** Case No.
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PRAIRIE CAPTIAL ADVISORS ESOP<br>OAKBROOK TERRACE TOWER<br>ONE TWOER LANE STE 3010<br>OAKBROOK TERRACE, IL 60181 | PRAIRIE CAPTIAL ADVISORS ESOP<br>OAKBROOK TERRACE TOWER<br>ONE TWOER LANE STE 3010<br>OAKBROOK TERRACE, IL 60181 | ESOP Valuation Company | | 2,446.38 |
| Pruitt, Denise<br>18726 Route 4<br>Carlinville, IL 62626 | Pruitt, Denise<br>18726 Route 4<br>Carlinville, IL 62626 | ESOP Note | | 2,344.64<br>(0.00 secured) |
| VERIZON WIRELESS<br>P O BOX 25505<br>LEIGH VALLEY, PA 18002-5505 | VERIZON WIRELESS<br>P O BOX 25505<br>LEIGH VALLEY, PA 18002-5505 | util | | 2,205.06 |
| Luallen, Donna<br>1700 N. Broadway<br>Salem, IL 62881 | Luallen, Donna<br>1700 N. Broadway<br>Salem, IL 62881 | ESOP Note | | 2,191.25<br>(0.00 secured) |
| FRANK D. CAIN<br>2048 BRIDGEPORT DRIVE<br>LEXINGTON, KY 40502 | FRANK D. CAIN<br>2048 BRIDGEPORT DRIVE<br>LEXINGTON, KY 40502 | exp reimb | | 2,164.32 |
| American Funds fbo Marion Burnham<br>PO Box 6164<br>Indianapolis, IN 46206 | American Funds fbo Marion Burnham<br>PO Box 6164<br>Indianapolis, IN 46206 | ESOP Note | | 1,784.94<br>(0.00 secured) |
| Kelly O'Bryan-Kimbrell<br>244 Appletree<br>Urbana, IL 61802 | Kelly O'Bryan-Kimbrell<br>244 Appletree<br>Urbana, IL 61802 | ESOP Note | | 1,734.77<br>(0.00 secured) |
| ILLINOIS DEPT OF REVENUE<br>P O BOX 19014<br>SPRINGFIELD, IL 62794-9014 | ILLINOIS DEPT OF REVENUE<br>P O BOX 19014<br>SPRINGFIELD, IL 62794-9014 | | | 1,443.51 |
| Linda S. Cotton<br>208 N. West St.<br>Westville, IL 61883 | Linda S. Cotton<br>208 N. West St.<br>Westville, IL 61883 | ESOP Note | | 1,076.57<br>(0.00 secured) |
| Banterra Bank fbo Stephanie Boone<br>PO Box 310<br>Marion, IL 62959 | Banterra Bank fbo Stephanie Boone<br>PO Box 310<br>Marion, IL 62959 | ESOP Note | | 1,046.30<br>(0.00 secured) |
| TOTALFUNDS BY HASLER<br>PO BOX 30193<br>TAMPA, FL 33630-3193 | TOTALFUNDS BY HASLER<br>PO BOX 30193<br>TAMPA, FL 33630-3193 | trade debt | | 1,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Treasure Isles HC, Inc.**                                        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 1, 2010**              Signature  **/s/ Frank D. Cain**
                                                   **Frank D. Cain**
                                                   **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Treasure Isles HC, Inc.**                                                                                       Case No.
                                                        Debtor(s)                                                        Chapter  **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __6__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:  **February 1, 2010**                          **/s/ Frank D. Cain**
                                                     **Frank D. Cain**/**President**
                                                     Signer/Title

I, _____**Laura Day DelCotto**_____, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __6__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:  **February 1, 2010**                          **/s/ Laura Day DelCotto**
                                                     Signature of Attorney
                                                     **Laura Day DelCotto**
                                                     **Wise DelCotto PLLC**
                                                     **200 North Upper Street**
                                                     **Lexington, KY 40507**
                                                     **(859) 231-5800   Fax: (859) 281-1179**

```
AICCO, INC.
BOX 9045
NEW YORK NY 10087-9045


AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265-0448


American Funds fbo Marion Burnham
PO Box 6164
Indianapolis IN 46206


American Funds fbo Mary A Hume
192 High St.
Versailles KY 40383


ANTHEM BLUE CROSS BLUE SHIELD
PO BOX 105124
ATLANTA GA 30348-5124


AT&T/SBC
P O BOX 8100
AURORA IL 60507-8100


Bank of Edwardville fbo Sherrie L. Slay
3830 Nameoki Rd
Granite City IL 62040


Banterra Bank fbo Stephanie Boone
PO Box 310
Marion IL 62959


BRANDON ERNEST
2811 PHOENIX ROAD
LEXINGTON KY 40503


Candace M Isom
100 Galatia Rd
Galatia IL 62935


Capital Bank & Trust fbo Pamela S Jerrel
602 Market St.
Mt. Carmel IL 62863
```

```
COLUMBIA GAS OF KENTUCKY
PO BOX 2200
LEXINGTON KY 40595-2200


COMMONWEALTH TECHNOLOGY
1263 E NEW CIRCLE ROAD
LEXINGTON KY 40505


CREATIVE BUSINESS FORMS
PO BOX 266
COLLINSVILLE IL 62234-0266


DUANE MORRIS LLP
ATTN: PAYMENT PROCESSING
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196


EXEC-U-CARE
PO BOX 533204
ATLANTA GA 30353-3204


Ford Motor Credit-Ford 500
PO Box 790093
St. Louis MO 63179


Frank D Cain
2048 Bridgeport Drive
Lexington KY 40502


FRANK D. CAIN
2048 BRIDGEPORT DRIVE
LEXINGTON KY 40502


GE CAPITAL
PO BOX 642111
PITTSBURGH PA 15264-2111


GE Franchise Finance
8377 E. Hartford Dr., Ste 200
Scottsdale AZ 85255


GE Franchise Finance
8377 E. Hartford Dr., Ste 200
Scottsdale AZ 85256
```

```
GE Franchise Finance
8377 E. Hartford Dr., Ste 200
Scottsdale AZ 85257


GE Franchise Finance
8377 E. Hartford Dr., Ste 200
Scottsdale AZ 85258


HASLER FINANCIAL SERVICES
MAILFINANCE INC
DBA HASLER FINANCIAL SERVICES
SAN FRANCISCO CA 09414-5085


Huntington Bank-RangeRover
PO Box 182519
Columbus OH 43218


Hutchins, Michelle
230 N. Fayette
Carthage IL 62321


IBM
PO BOX 643600
PITTSBURGH PA 15264-3600


Il Dept of Revenue (Il State Tax)  paid
P.O. Box 19447
Springfield IL 62794


ILLINOIS DEPT OF REVENUE
P O BOX 19014
SPRINGFIELD IL 62794-9014


INFOPRINT SOLUTIONS CO.
PO BOX 644225
PITTSBURGH PA 15264-4225


INSIGHT COMMUNICATIONS
PO BOX 740273
CINCINNATI OH 45274-0273


Kelly O'Bryan-Kimbrell
244 Appletree
Urbana IL 61802
```

```
KENTUCKY UTILITIES CO
PO BOX 536200
ATLANTA GA 30353-6200


KENTUCKY-AMERICAN WATER
PO BOX 371880
PITTSBURG PA 15250-7880


LINDA FIZER
2030 NASHVILLE COURT
APT A
LEXINGTON KY 40505


Linda S. Cotton
208 N. West St.
Westville IL 61883


Luallen, Donna
1700 N. Broadway
Salem IL 62881


NMAC-Nissan
PO Box 9001132
Louisville KY 40290


OFFICE OF THE FAYETTE CO SHERIFF
PO BOX 34148
LEXINGTON KY 40588-4148


OFFICEMAX CONTRACT INC.
PO BOX 101705
ATLANTA GA 30392-1705


PRAIRIE CAPTIAL ADVISORS ESOP
OAKBROOK TERRACE TOWER
ONE TWOER LANE STE 3010
OAKBROOK TERRACE IL 60181


PRINCIPAL FINANCIAL GROUP
PO BOX 777
DES MOINES IA 50303-0777


Prudential/First Clearing fbo Michael Cl
4860 Cox Rd., Ste 100
Glen Allen VA 23060
```

Pruitt, Denise
18726 Route 4
Carlinville IL 62626


Ray Albertson
PO Box 114
Middletown IL 62666


ROBERT BEHME
7180 ST. JAMES DRIVE
EDWARDSVILLE IL 62025


SHERMAN GREENE
466 ERIE ROAD
LEXINGTON KY 40505


SORLING, NORTHRUP, HANNA,
CULLEN AND COCHRAN, LTD
PO BOX 5131
SPRINGFIELD IL 62705


STANDARD PEST CONTROL
PO BOX 12043
LEXINGTON KY 40580


STORAGE BOX SPRINGFIELD
2945 SANGAMON AVE
SPRINGFIELD IL 62702


Tina Butler
228 Whitelaw
Wood River IL 62095


TOTALFUNDS BY HASLER
PO BOX 30193
TAMPA FL 33630-3193


TRI-STATE COCA-COLA BTLG
LEXINGT0N SALES CENTER
2329 PAYSPHERE CIRCLE
CHICAGO IL 60674-2329

```
TRINSOFT LLC
1025 MONARCH STREET
SUITE 170
LEXINGTON KY 40513


U S POSTMASTER
POSTAGE DUE UNIT
1088 NANDINO BLVD
LEXINGTON KY 40511-9850


UMR
2700 Midwest Dr.
Onalaska WI 54650-8764


UMR
2700 MIDWEST DRIVE
ONALASKA WI 54650-8764


UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM IL 60132-0577


VERIZON WIRELESS
P O BOX 25505
LEIGH VALLEY PA 18002-5505


VISIBLE
P.O. BOX 905046
CHARLOTTE NC 28290-5046


WINDSTREAM/ALLTEL
P O BOX 9001908
LOUISVILLE KY 40290-1908
```